UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNA ELAINE ROBINSON,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. C25-1016-MLP<br>ORDER |

This matter comes before the Court on Plaintiff's motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. # 21.) Based on Plaintiff's motion and the supporting documents, and that opposing counsel has no objection (dkt. # 22), the Court ORDERS that Plaintiff's motion is GRANTED and that attorney fees in the amount of $17,802.75[1] shall be awarded to Plaintiff's attorney, Rosemary B. Schurman, pursuant to 42 U.S.C. § 406(b).

The check for fees, minus any applicable processing fees, shall be mailed to Plaintiff's counsel at 121 Condon Ln, Port Ludlow, WA 98365.

//

[1] This amount represents fees of $ $26,848.85 after deducting the previously awarded Equal Access to Justice Act fees, pursuant to 28 U.S.C. § 2412, of $ 9,046.10. (Dkt. # 20.)

Dated this 16th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge